# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JAMES KEVIN MOREE, )<br>    Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 17-01-WS-N |
| ) | |
| WELLS FARGO BANK, N.A., )<br>    Defendant. ) | |

## ORDER

After due and proper consideration of the relevant pleadings and the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this action is **DISMISSED without prejudice** pursuant to Federal Rules of Civil Procedure 12(h)(3) and 41(b).

DONE this 4th day of April, 2017.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE