# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| JAMES KEVIN MOREE, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 17-01-WS-N |
| ) | |
| WELLS FARGO BANK, N.A., ) | |
|     Defendant. ) | |

## JUDGMENT

In accordance with the Order entered this date, it is ORDERED, ADJUDGED and DECREED that this action is hereby **DISMISSED without prejudice.**

DONE this 4th day of April, 2017.

                                      s/WILLIAM H. STEELE
                                      UNITED STATES DISTRICT JUDGE